UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

CASE NO.:

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ANN K. BERDELLANS,

       Defendant.
_____/

**CIVIL COMPLAINT COVER SHEET**

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? _____ Yes __✓__ No

                                          Respectfully submitted,

                                          THOMAS E. SCOTT
                                          UNITED STATES ATTORNEY

                          BY: MARY F. DOOLEY
                              ASSISTANT U.S. ATTORNEY
                              99 N.E. 4TH STREET
                              Suite 300
                              Miami, FL 33132
                              Tel No. (305) 961-9376
                              Fax No. (305) 530-7195
                              Bar No. A5500282

DATED 1/14/00