*AO 88 (Rev. 11/91) Summons in a Civil Action*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

United States of America

Case Number:

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL  33132-2111

v.

ANN K. BERDELLANS
6209 FILLMORE
HOLLYWOOD, FL  33024

TO: *(Name and Address of Defendant)*

    ANN K. BERDELLANS
    6209 FILLMORE
    HOLLYWOOD, FL  33024

**YOU ARE HEREBY SUMMONED** and required serve upon Plaintiff's Attorney

*Mary F. Dooley*
*Assistant United States Attorney*
*99 NE 4TH STREET*
*3RD FLOOR*
*MIAMI, FL  33132-2111*

*an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.*

**Clarence Maddox** CLERK          JAN 1 4 2000     DATE

_____
(BY) DEPUTY CLERK

AFFIDAVIT OF SERVICE

| TO BE SERVED | COURT |
|---|---|
| ANN K. PEROGLIANS<br>6200 FILLMORE<br>HOLLYWOOD, FL 33024 | Case No.: 00-6073-CIV-ZLOCH<br>IN THE UNITED STATES DISTRICT COURT,<br>IN AND FOR THE SOUTHERN DISTRICT OF<br>FLORIDA |
| UNITED STATES OF AMERICA<br>vs.<br>ANN K. PEROGLIANS | WRIT<br>SUMMONS IN A CIVIL ACTION |
| SERVED FOR<br>MARY F. DOOLEY, AUSA<br>99 N.E. 4th STREET, SUITE 700<br>MIAMI, FLORIDA 33132 | INFORMATION<br>Court Date:<br>Court Time:<br>Witness Fee:<br>Doc. Type : Original<br>Atty File #: |

I received this process 02/27/00 at 3:17 PM and it was served 03/09/00 at 6:40 AM in BROWARD COUNTY, FLORIDA.

On: ANN K. PEROGLIANS
At: 6200 FILLMORE
　　HOLLYWOOD, FL 33024

SUBSTITUTE SERVICE: (FS 48.031)

By leaving a copy of this writ, the date and hour of service endorsed by me, and a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner at the within named person's usual place of abode, with a member of said household above the age of fifteen years to wit:

　　LOU PEROGLIANS
　　BROTHER

and informing such person of their contents.

OTHER RETURNS:


BRENDA TAYLOR
My Commission # CC 815829
Expires March 8, 2003
1-800-3-NOTARY　Fla Notary Service & Bonding Co

I acknowledge that I am a certified process server in the circuit in which the defendant was served. I acknowledge that I have no interest in the above action.

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 28 U.S.C., and Section 500.11 F.S.

_____
PROCESS SERVER: BARBARA RODRIGUEZ (164)
CAPLAN/MARKOWITZ & KAY　(305) 374-3426
CPS Number:　734020

The foregoing instrument was acknowledged before me this 09 day of March, 2000 BY BARBARA RODRIGUEZ, who is personally known to me, or who has produced _____ N/A _____ as identification and who did / did not take an oath.

_____
NOTARY PUBLIC/OR PUBLIC OFFICER
AND TITLE OR RANK / CCN