UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: _00-6073 Civ ZLOCH_

STYLE: _USA v. Esdell, Jr_

DATE: _4/24/00_

The Chambers of the Honorable _William J. Zloch_ has received the attached document. After review, it has been determined that this document requires the following action by the Clerk's Office:

\_\_\_\_ Docket this document as a motion for _____.

\_\_\_\_ Docket this document as a response to the following motion: _____.

\_\_\_\_ Docket this document as an answer _____.

_x_ Docket this document as _Stipulation for Final Judgment_
_& Consent._

\_\_\_\_ Docket this as an information matter only and file on the left side of the file.

\_\_\_\_ Other: _____

Signed: _[signature]_

Name: _Michael Sullivan_

Title: _Law Clerk_



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 00-06073-CIV-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff

vs.

ANN K. BERDELLANS

        Defendant.
_____/

## STIPULATION FOR
## FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its Complaint herein, and the defendant, having consented to the making and entry of this Final Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The defendant hereby acknowledges and accepts service of the complaint filed herein.

3. The defendant hereby agrees to the entry of a consent judgment in the sum of $3679.43 (principal of $3333.50, administrative cost of $.00 and interest in the amount of $345.93 through **April 13, 2000** plus interest at 9.13 percent per annum from **April 13, 2000**, through the date of judgment and interest at the legal rate thereafter until paid in full. Any future Treasury offsets will be credited to the balance.

4. This judgment shall be recorded among the records of the Circuit Court in the County of residence of the defendant, and all other jurisdictions where it is determined by the plaintiff that the defendant owns real or personal property.

5. The defendant shall keep the United States currently informed in writing of any material change in his or her financial situation or ability to pay, and of any change in his or her employment, place of residence or telephone number. Defendant shall provide such information to the United States Attorney, Financial Litigation Unit, 99 N.E. 4th Street, Suite 300, Miami, FL 33132.

6. The defendant shall provide the United States with current, accurate evidence of his or her assets, income and expenditures (including, but not limited to his or her Federal Income Tax returns) within fifteen (15) days of a request for such evidence by the United States Attorney.

Respectfully submitted,

Thomas E. Scott
United States Attorney

Date: 4/19/00

Mary F. Dooley
Assistant U.S. Attorney
99 Ne 4th Street
3rd Floor
Miami, 33132-2111

Date: 4/16/00

Ann K. Berdellans
6209 Fillmore
Hollywood, FL 33024
Defendant Phone: 9549874816