UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06073-CIV-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANN K. BERDELLANS,

    Defendant.
_____/



## SATISFACTION OF JUDGMENT AND RELEASE OF LIEN

The judgment entered in favor of the United States of America, in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Florida is authorized and empowered to satisfy and cancel said judgment of record. Said judgment was duly recorded on November 11, 2001, in the Public Records of Broward County, Florida, in Official Records Book 32319, Page 1543.

SATISFACTION OF JUDGMENT AND RELEASE OF LIEN
U.S. v. ANN K. BERDELLANS
CASE NO.   00-06073-CIV-ZLOCH

Witness my hand and seal this
/2 TH day of February , A.D. 2003

Signed, Sealed and Delivered in
Presence of:

_Magda del Valle_
Magda del Valle

_Brenda Glasford_
Brenda Glasford

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _Karin D. Wherry_
KARIN D. WHERRY
Assistant United States Attorney
99 N.E. 4th Street, Room 300
Miami, FL 33132
Tel No.(305) 961-9016
Fax No.(305) 530-7195

STATE OF FLORIDA,
COUNTY OF DADE,

   I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared KARIN D. WHERRY, Assistant U.S. Attorney to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

   WITNESS my hand and official seal in the County and State last aforesaid this 12th day of FEBRUARY , A.D. 2003.

_Rolando A. León_
Rolando A. León
NOTARY PUBLIC, State of Florida

Rolando A. Leon
MY COMMISSION # DD142399 EXPIRES
September 3, 2006
BONDED THRU TROY FAIN INSURANCE, INC

[X] PERSONALLY KNOWN TO ME and
[X] DID NOT take an oath